IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In Re: ) | |
| ) | |
| HOOP MAGIC, LLC, ) | Case No. 10-12159-RGM |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| ) | |
| ACCESS NATIONAL BANK, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | Contested Matter |
| ) | |
| PATRICIA, LLC, ) | |
| ) | |
| Respondent. ) | |
| ) | |

<u>NOTICE PURSUANT TO APRIL 6, 2011 ORDER
GRANTING RELIEF FROM THE AUTOMATIC STAY</u>

PLEASE TAKE NOTICE that Access National Bank has exercised its rights pursuant to the Court's April 6, 2011 Order granting relief from the automatic stay, and has advised Hoop Magic, LLC that it is directed to turn over possession of the premises located at 14810 Murdock Street, Chantilly, Virginia 20151 ("Premises") as well as all inventory, equipment, fixtures and any other personal property located in or on the Premises to Access National Bank on or before the close of business seven (7) days from today, namely on or before July 1, 2011.  A copy of the June 24, 2011 letter giving notice to the Debtor is attached hereto as Exhibit A.

Bruce W. Henry, VSB # 23951
Kevin M. O'Donnell, VSB #30086
Jeffery T. Martin, Jr., VSB # 71860
Henry & O'Donnell, P.C.
300 N. Washington St., Suite 204
Alexandria, Virginia 22314
(703) 548-2100
Counsel to Access National Bank

        Respectfully submitted,

        ACCESS NATIONAL BANK
        by Counsel

/s/ Jeffery T. Martin, Jr.
Bruce W. Henry, VSB # 23951
Kevin M. O'Donnell, VSB #30086
Jeffery T. Martin, Jr., VSB # 71860
Henry & O'Donnell, P.C.
300 N. Washington St., Suite 204
Alexandria, Virginia 22314
(703) 548-2100
Counsel to Access National Bank

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of June, 2011, a copy of the foregoing was served via the Court's ECF system on the Debtor's Attorney and via first class mail, postage pre-paid, to the Debtor, Hoop Magic, LLC, c/o Curtis N. Symonds, 14810 Murdock Street, Chantilly, Virginia 20151.

        /s/ Jeffery T. Martin, Jr.